## MEMORANDUM DECISIONS

1

Mattie BROWN v. STATE. (No. 11230.) Court of Criminal Appeals of Texas. Nov. 30, 1927. Commissioners' Decision. Appeal from District Court, Taylor County; W. R. Chapman, Judge. Oliver Cunningham, of Abilene, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. It is properly made to appear that the appellant has died pending the appeal of this cause. It is therefore ordered that the appeal in this cause be, and the same is, hereby dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

2

Luz CARMONA v. STATE. (No. 11203.) Court of Criminal Appeals of Texas. Nov. 30, 1927. Appeal from District Court, Brewster County; C. R. Sutton, Judge. Van Sickle & Fisher, of Alpine, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for murder; punishment, death. Appellant was indicted in Presidio county, but the venue was changed to Brewster county. The record is before us without any bill of exceptions. We have carefully examined the statement of facts. There seems no controversy over the fact that appellant shot and killed deceased, a young woman. Various parties testified to the fact of the shooting. As we understand the record, appellant's defense was that he had been smoking mari juana and had no memory of the killing. Other witnesses testified to seeing appellant and having conversations with him shortly before the homicide, and that they perceived nothing wrong with him. The facts appearing in the record are few. The issues involved appear to have been fairly submitted by the trial court, and, while the jury gave appellant the extreme penalty of the law, we are unable to say that they were not justified. There is a complaint appearing in the motion for new trial, based on what is stated to be undue haste on the part of the jury, and lack of deliberation before they returned their verdict. The matter is not substantiated by any testimony. Finding nothing in the record to evidence unfairness in the trial, or that any legal right of the appellant was abused, and believing the facts to support the judgment, same will be affirmed.

3

Henry COLEMAN v. STATE. (No. 11415.) Court of Criminal Appeals of Texas. Nov. 9, 1927. Appeal from District Court, Smith County; J. R. Warren, Judge. W. G. Russell, of Mineola, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of 2½ years. The indictment appears regular. No statement of facts nor bills of exceptions accompany the record. No fundamental error has been discovered or pointed out. The judgment is affirmed.

4

Cianna HALL v. STATE. (No. 11291.) Court of Criminal Appeals of Texas. Nov. 2, 1927. Appeal from District Court, Rockwall County; Joel R. Bond, Judge. H. M. Wade, of Rockwall, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Appellant was convicted of selling intoxicating liquor, and her punishment assessed at confinement in the penitentiary for 1 year. She has now filed in this court her affidavit advising that she desires to withdraw her appeal, and in compliance with such request the appeal is ordered dismissed.

5

Haywood JACKSON v. STATE. (No. 11167.) Court of Criminal Appeals of Texas. Nov. 23, 1927. Appeal from Rains County Court; J. S. Smiley, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is theft of chickens; punishment fixed at a fine of $1. The date of the offense is April 20, 1925. The trial took place on the 14th of July, 1926. At that time the offense was a misdemeanor. The record is without statement of facts and bills of exceptions. The statute making the theft of chickens a felony (chapter 15, Acts of 39th Leg., 1st Called Sess.) did not become effective until January 6, 1927. The judgment is affirmed.

6

R. B. JACKSON v. STATE. (No. 11173.) Court of Criminal Appeals of Texas. Nov. 23, 1927. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. John T. Spann, of Dallas, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years. The indictment appears regular. The record is before us without bills of exceptions or statement of facts. No fundamental error having been perceived or pointed out, the judgment is affirmed.